IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ANGELA G. STRIPLING, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:16-CV-198 (MTT) |
| NANCY A. BERRYHILL, *Acting Commissioner of Social Security*, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

United States Magistrate Judge Charles H. Weigle recommends affirming the Commissioner's decision to deny the Plaintiff's application for benefits because substantial evidence supports the Commissioner's decision. Doc. 14. Specifically, the Magistrate Judge found that the Plaintiff was not "disabled" within the meaning of the Social Security Act, and the Plaintiff may not use her childhood IQ scores to satisfy Listing 12.05C's IQ requirement. *Id.* The Plaintiff did not object to the Recommendation.

The Court has reviewed the Recommendation, and the Court accepts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of this Court. Accordingly, the Commissioner's decision is **AFFIRMED**.

**SO ORDERED**, this 24th day of August, 2017.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT